**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**DAVID REN MOORE,**

     **Petitioner,**

**v.**                                                             **Case No. 5:19cv400-TKW-MAF**

**MARK S. INCH,** Secretary, Florida
Department of Corrections**,**

     **Respondent.**

_____/

## ORDER

    This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is due to be dismissed based on Petitioner's failure to comply with court orders.  Accordingly, it is

    **ORDERED** that this case is **DISMISSED**, and the Clerk shall close the file.

    **DONE and ORDERED** this 1st day of May, 2020.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**